COURT OF APPEALS

                                      SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

                                        NO. 2-06-122-CV

 

IN RE PRINTPACK, INC. AND                                                  RELATORS

BRAD PAGE

                                              ------------

                                    ORIGINAL
PROCEEDING

                                              ------------

                                MEMORANDUM OPINION[1]

                                              ------------

The
court has considered relators=
petition for writ of mandamus and is of the opinion that relief should be
denied.  Accordingly, relators=
petition for writ of mandamus is denied.

Relators
shall pay all costs of this original proceeding, for which let execution issue.

 

PER CURIAM

 

 

PANEL A: 
HOLMAN, J.; CAYCE, C.J.; and WALKER, J.

 

DELIVERED: April 11, 2006











    [1]See
Tex. R. App. P. 47.4.